**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MAUREEN LEBBIN, AS ATTORNEY IN**                                            **PLAINTIFF**
**FACT FOR WANDA HOLDER**

**v.**                          **4:07-CV-01052-WRW**

**WHITE COUNTY MEDICAL CENTER**                                       **DEFENDANT**

**<u>ORDER</u>**

Pending is Plaintiff's Motion to Substitute Party (Doc. No. 10) in which Maureen Lebbin, currently attorney in fact for Wanda Holder, asks to be substituted as party plaintiff in her new capacity of guardian of the estate of Wanda Holder. Plaintiff's Motion is GRANTED; Maureen Lebbin is party plaintiff in the capacity of guardian of the estate of Wanda Holder.

IT IS SO ORDERED this 21st day of April, 2008.

                                                                    /s/ Wm. R. Wilson, Jr.
                                                                    UNITED STATES DISTRICT JUDGE