IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MAUREEN LEBBIN, As Attorney in Fact**
**For WANDA HOLDER**                                                      **PLAINTIFF**

v.                      **4:07-CV-01052-WRW**

**WHITE COUNTY MEDICAL CENTER**                              **DEFENDANT**

**ORDER**

Pending is Plaintiff's Motion in Limine (Doc. No. 13) in which Plaintiff asks the Court to declare Ark. Code Ann. § 16-55-212(b) unconstitutional. Defendant has responded.[1]

The Arkansas Supreme Court recently accepted certification of this issue.[2] Accordingly, Plaintiffs' Motion is DENIED without prejudice.

IT IS SO ORDERED this 26th day of January, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.

[2] No. 1:06-CV-00017-JLH, Doc. No. 141 (E.D. Ark. Sept. 12, 2008).